811 A.2d 974

LARRY PITT ASSOCIATES, P.C., and
Larry Pitt, Esquire, Petitioners,

v.

Johnny BUTLER, Sec. Dept. Labor & Industry, and
Richard Thompson, Dir. Pennsylvania Bureau
of Worker's Compensation, Respondents.

Supreme Court of Pennsylvania.

Sept. 5, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of September, 2002, the Order of the Commonwealth court dated October 30, 2001 is AF-FIRMED.